# EXHIBIT A

| | | |
|---|---|---|
| **Southwest Financial Services Ltd.**<br>537 East Pete Rose Way, STE 300<br>Cincinnati, OH 45202<br>(800) 270-4988   FAX (800) 272-1499<br>nathan.truchon@sfsltd.com | Lender Reference # 13418674 | Account # 14254908<br>Page 1 of 2 |

Ordered: 11/13/2008     EFFECTIVE DATE: 10/01/2008     In Re: **MARIE FUGES**
Customer: PNC BANK - CONSUMER LOAN CENTER
ALL STATES                                         Address: 952 BRIDGE ST
2730 LIBERTY AVE.                                           PHILADELPHIA, PA 19124-1711
Contact: PNC BANK, WLC                                      PHILADELPHIA COUNTY

Township: CY PHILA 35WD        Price: $1.00        Index #

### DEEDS

| | Volume | Page | Grantee of Record (record holder of Property) | Grantor of Record (from whom acquired) | Date of Transfer | Rev Stamp |
|---|---|---|---|---|---|---|
| 1) | 5116 | 5683 | MARIE A. FUGES (NO MARITAL STATUS ON DEED) | ROBERT EDWARD FUGES | 04/24/2005<br>04/29/2005 | |

### MORTGAGES

| | Amount | Date | Mortgagee | Volume | Page |
|---|---|---|---|---|---|
| 1) | $35,000.00<br>OPEN ENDED TO<br>$35,000.00 | 06/03/2008<br>06/19/2008 | PNC BANK | 5192 | 4368 |

### PARCEL NUMBER AND TAXES

| | Parcel No. | Taxes | Assessment | Total | Delinquencies |
|---|---|---|---|---|---|
| 1) | 86-N-23-434 | $0.00 | | $0.00 | 111.11 |

| | Land | Improvements | Total | Frontage | Depth | Acreage |
|---|---|---|---|---|---|---|
| 1) | $1,498.00 | $8,550.00 | $10,048.00 | | | |

Other Instructions:
1/6 REVISED SEARCH TO REMOVE $10,159 IN TAXES; BRT # 351149700

## SEE ATTACHED FOR LIEN INFORMATION

CAUTION TO CUSTOMER: This report is released with the understanding that the information reported is strictly confidential. This report contains information from public records and is not to be construed as an opinion of title, title guarantee, or title insurance policy.

ACCOUNT #: 14254908

VOLUME: SC 0403010037   PAGE: SC 0403010037
(CREDITOR'S NAME & ADDRESS)
**DIRECT MERCHANTS CREDIT**

(TYPE OF LIEN) Judgement
(CASE NO.) SC 0403010037
(AMOUNT) $2,923.63
(COURT COST)
(DATED) 04/27/2004
(FILED) 04/27/2004

(DEBTORS NAME & ADDRESS)
**ROBERT W FUGES**

---

VOLUME:   PAGE:
(CREDITOR'S NAME & ADDRESS)

(TYPE OF LIEN)
(CASE NO.)
(AMOUNT)
(COURT COST)
(DATED)
(FILED)

(DEBTORS NAME & ADDRESS)

---

VOLUME:   PAGE:
(CREDITOR'S NAME & ADDRESS)

(TYPE OF LIEN)
(CASE NO.)
(AMOUNT)
(COURT COST)
(DATED)
(FILED)

(DEBTORS NAME & ADDRESS)

---

VOLUME:   PAGE:
(CREDITOR'S NAME & ADDRESS)

(TYPE OF LIEN)
(CASE NO.)
(AMOUNT)
(COURT COST)
(DATED)
(FILED)

(DEBTORS NAME & ADDRESS)

ACCOUNT#: