IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE ANN FUGES<br>on behalf of herself and all others<br>similarly situated | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil Action No. 10-6182 |
| v. | )<br>) | |
| SOUTHWEST FINANCIAL SERVICES, LTD. | )<br>) | CLASS ACTION |
| Defendant. | )<br>)<br>) | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly enter Plaintiff's voluntary dismissal as to Defendant Southwest Financial Services, Ltd. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                                           **FRANCIS & MAILMAN, P.C.**

                    BY:    */s/ John Soumilas*
                             JOHN SOUMILAS
                             Attorneys for Plaintiff
                             Land Title Building, 19th Floor
                             100 South Broad Street
                             Philadelphia, PA 19110
                             (215) 735-8600

Dated: January 31, 2011